UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOHN D. TROIANI, BUNNIE TILLMAN
CALVIN L. FORDHAM

v.                                                              3:01CV253(WIG)

TOWN OF STRATFORD

## JUDGMENT

This matter came on before the Honorable William I. Garfinkel, United States Magistrate Judge after a Consent to Proceed Before a United States Magistrate was filed on March 12, 2003. On June 13, 2003, defendant Town Of Stratford filed its motion for summary judgment.

The Court has reviewed the papers filed in conjunction with the motion and on January 26, 2004, issued a ruling granting the motion **(Doc. # 26)**.

Therefore, it is **ORDERED** and **ADJUDGED** that judgment is hereby entered for the defendant Town of Stratford and the case is closed.

Dated at Bridgeport, Connecticut, this 29th day of January, 2004.

KEVIN F. ROWE, Clerk

By _____
Deputy Clerk

Entered on Docket _____